**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NICHOLAS SHOEMAKE,

Plaintiff,

v.

AMAZON.COM SERVICES LLC., a Delaware Limited Liability Company, DANNY LAZO, an individual, JACOB SEIFE, an individual; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:25-cv-02580-AH-AYPx

**FINAL JUDGMENT [JS-6]**

The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Amazon.com Services LLC's ("Defendant") Motion for Summary Judgment based on its finding that were no triable issues of material fact as to the causes of action alleged by Plaintiff Nicholas Shoemake ("Plaintiff") against Defendant, as outlined in the Court's Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant's Motion for Summary Judgment is GRANTED.
2. Plaintiff shall take nothing on its Complaint against Defendant.
3. Judgment is hereby entered in favor of Defendant and against Plaintiff.

This is a final judgment.

Dated: October 27, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE